# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DARRIN L. DAVIS,**

           **Plaintiff,**

**-vs-**                              **Case No. 6:07-cv-1248-Orl-22DAB**

**A PHOENIX GLASS & GLAZING, INC.
and GORDON GRAVES,**

           **Defendants.**
_____/

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

     This cause came on for consideration without oral argument on review of the file. On referral from the District Judge, the undersigned noticed a settlement conference for November 26, 2007, at 10:00 o'clock in Courtroom 6D (Doc. No. 19). Although the docket reflects that the Notice of Hearing was mailed to Defendant Gordon Graves by the Clerk, Defendant Graves did not appear for the conference, nor did he file any motion to continue or other paper seeking to be excused. Moreover, Graves had not timely responded to the Related Case Order nor the Interested Persons Order issued by the District Court (Doc. Nos. 20, 21). Thus, on November 26, 2007, the Court issued an Order to show cause directed to Defendant Gordon Graves as to why sanctions, including monetary sanctions or the entry of a default, should not be imposed for these failures (Doc. No. 23). The Order cautioned Defendant that "failure to timely respond . . .may result in the striking of his papers and the entry of a default judgment against him, without further notice."

As of the date of this Report, no paper has been filed in response to that Order. As such, it is **respectfully recommended** that the Court strike the answer of Defendant Graves and enter a default against him. As the co-defendant has already been defaulted, Plaintiff should be directed to file a motion for entry of final default judgment against both Defendants and the Court should enter judgment, if appropriate, accordingly.[1]

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on December 14, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy

---

[1] Plaintiff previously filed a motion for entry of default judgment (Doc. No. 9), which was denied without prejudice as to the corporate defendant (Doc. No. 15). To the extent Plaintiff's counsel has incurred additional attorney's fees or costs, the Court anticipates that the motion may be amended upon renewal.