**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DARRIN L. DAVIS,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-1248-Orl-22DAB**

**A PHOENIX GLASS & GLAZING, INC.**
**and GORDON GRAVES,**

        **Defendants.**
_____/

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 24) filed on December 14, 2007.

The United States Magistrate Judge has submitted a report recommending that the answer of Defendant Graves be stricken and that a default be entered against him.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 14, 2007 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Answer of Gordon Graves (Doc. No. 10) is hereby **STRICKEN**.

3. The Clerk is directed to enter a **DEFAULT** against Defendant Graves.

4.  No later than January 30, 2008 the Plaintiff shall file and serve a motion for entry of default judgment against both Defendants, with supporting documentation.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 8, 2008.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party